IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01328-EWN-BNB

AMBER HARRIS,

Plaintiff,

v.

ANDERSON, CRENSHAW & ASSOCIATES, LLC, a Texas limited liability company,

Defendant.
_____

**ORDER**
_____

The parties appeared this afternoon for a preliminary pretrial conference. The proposed Preliminary Pretrial Order was refused for the reasons stated on the record. Consistent with matters discussed this afternoon:

IT IS ORDERED that a supplemental preliminary pretrial conference is set for **October 31, 2007, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Counsel for the parties may appear at the supplemental preliminary pretrial conference by telephone. Plaintiff's counsel shall initiate a conference call with counsel for the defendant and then join the court at 303-844-6408. The parties shall confer and submit a revised proposed preliminary pretrial order on or before **October 25, 2007**.

IT IS FURTHER ORDERED that the defendant shall provide the full names of collectors "Amy B." and "Darren R." and the identities of the supervisors of collectors Philips, Warfield, Amy B., and Darren R. on or before **October 26, 2007**.

IT IS FURTHER ORDERED that depositions of the defendant pursuant to Fed. R. Civ. P. 30(b)(6) and of collectors Philips, Warfield, Amy B., and Darren R., and of the collectors' supervisors shall occur in Dallas, Texas, during the week of **November 27-30, 2007**.

Dated October 19, 2007.

                                BY THE COURT:

                                 s/ Boyd N. Boland
                                United States Magistrate Judge