IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01328-EWN-BNB

AMBER HARRIS,

Plaintiff,

v.

ANDERSON, CRENSHAW & ASSOCIATES, LLC, a Texas limited liability company,

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for a supplemental preliminary pretrial conference. The proposed Preliminary Pretrial Order was refused for the reasons stated on the record. Consistent with matters discussed this morning:

IT IS ORDERED that a second supplemental preliminary pretrial conference is set for **November 20, 2007, at 10:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall confer and submit a second revised proposed preliminary pretrial order on or before **November 13, 2007**.

IT IS FURTHER ORDERED that the defendant shall file a motion to disqualify plaintiff's counsel, if at all, on or before **November 9, 2007**. If no such motion is filed, the defendant shall delete plaintiff's counsel from its list of potential witnesses.

IT IS FURTHER ORDERED that the deposition of the plaintiff shall occur, if at all, in the county of her residence.

Dated October 31, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge