IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01328-EWN-BNB

AMBER HARRIS,

Plaintiff,

v.

ANDERSON, CRENSHAW & ASSOCIATES, LLC, a Texas limited liability company,

Defendant.

_____

## ORDER

_____

This matter is before me on the **Defendant's Motion for Leave to File First Amended Answer** [Doc. # 20, filed 10/25/2007] (the "Motion to Amend").  I held a hearing on the Motion to Amend this afternoon and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED IN PART and DENIED IN PART as follows:

DENIED as withdrawn insofar as the defendant seeks to add the affirmative defenses stated in paragraphs 42 (actions outside the line and scope of employment) and 44 (unjust enrichment); and

GRANTED in all other respects.

IT IS FURTHER ORDERED that the Clerk of the Court shall accept for filing the Defendant's First Amended Answer and Affirmative Defenses to Plaintiff's Complaint and Counterclaim [Doc. # 20-2].

IT IS FURTHER ORDERED that the plaintiffs shall respond to the Defendant's First

Amended Answer and Affirmative Defenses to Plaintiff's Complaint and Counterclaim within ten

days.

Dated November 16, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge