IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-01328-EWN-BNB | Date: March 11, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| AMBER HARRIS, | David Larson |
| Plaintiff, | |
| v. | |
| ANDERSON, CRENSHAW & ASSOCIATES, LLC, | Steven Dunn |
| Defendant. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    10:05 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Defendant's motion for protective order filed February 15, 2008; Doc 45 is denied as stated on the record.
The deposition to be completed on or before April 11, 2008.**

Court in Recess    11:11 a.m.    Hearing concluded.

Total time in court:    01:06

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.