IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01328-EWN-BNB

AMBER HARRIS,

Plaintiff,

v.

ANDERSON, CRENSHAW & ASSOCIATES, LLC, a Texas limited liability company,

Defendant.
_____

**ORDER**
_____

This matter is before me on **Defendant's Motion for Protective Order** [Doc. # 45, filed 2/15/2008] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that the Rule 30(b)(6) deposition of Apex Alarms, LLC, at issue in the Motion shall occur, if at all, on or before **April 11, 2008**.

Dated March 11, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge