IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–01328–EWN–BNB

AMBER HARRIS,

    Plaintiff,

v.

ANDERSON, CRENSHAW & ASSOCIATES, LLC,
a Texas limited liability company,

    Defendant.

---

## **ORDER**

---

    This matter is before the court on the notice of settlement (#62) filed by the parties. The notice proposes filing a motion/stipulation for dismissal by June 30, 2008. The trial, however, is set for June 16, 2008. The court is not inclined to vacate a trial date without having a stipulation and/or motion on hand. There appears to be no reason why this simple settlement cannot be consummated by June 12, 2008. Therefore, it is

    **ORDERED** that the parties will file a stipulation and/or motion for dismissal on or before June 12, 2008

    Dated this 28th day of May, 2008.

    BY THE COURT:

    s/ Edward W. Nottingham
    EDWARD W. NOTTINGHAM
    Chief United States District Judge